# IN THE UNITED STATES DISCTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VANESSA COUCH AND** <br> **KIMBERLY JAMES,** | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| v. | ) <br> ) Case No. 1:22-CV-00195-N <br> ) |
| **MOBILE COUNTY BOARD OF** <br> **SCHOOL COMMISSIONERS,** <br> **et al.** | ) <br> ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) |

## JOINT PRO TANTO STIPULATION OF DISMISSAL OF PLAINTIFF KIMBERLY JAMES' CLAIMS

This cause having been resolved as to all claims and issues giving rise as to Plaintiff KIMBERLY JAMES only, Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate to the pro tanto dismissal of the above-captioned civil action as it pertains to Plaintiff JAMES' claims only, in their entirety, with prejudice, with the parties to bear their own costs. All claims in this action by Plaintiff VANESSA COUCH, shall not be prejudiced or affected in any way whatsoever by this pro tanto dismissal regarding Plaintiff JAMES, and Plaintiff COUCH's claims against all Defendants shall remain in full force and effect in their entirety.

Dated this 15th day of August, 2022.

/s/ Mary E. Pilcher
**Mary E. Pilcher (PIL008)**
**STEIN & PILCHER, LLC**
**Attorney for Plaintiff**
P.O. Box 602
Fairhope, Alabama 36533
Phone: (251) 210-4557

| | |
|---|---|
| **John W. Marsh** | **K. Paul Carbo, Jr.** |
| **BALL, BALL, MATTHEWS & NOVAK, P.A.** | **THE ATCHISON FIRM, P.C.** |
| **Attorney for Defendant Sean Clark** | **Attorney for Defendant –Board of School Commissiners** |
| P.O. Drawer 2148 | 411 Azalea Rd |
| Montgomery, Alabama 36533 | Mobile, Alabama 36609 |
| Phone: (251) 210-4557 | Phone: (251) 665-7200 |
| By:  /s/ John W. Marsh | By:   /s/ K. Paul Carbo, Jr. |
| John W. Marsh (MAR173) | K. Paul Carbo, Jr. (CARBK8014) |
| By CONSENT | By CONSENT |

### CERTIFICATE OF CONSENT

    By my signature below, I certify that Counsel for Defendants Mobile County Board of School Commissioners, K. Paul Carbo, and Counsel for Defendant Sean Clark, John W. Marsh, in this document and have consented to my e-filing it on behalf of all parties with their electronic signatures affixed, on this the 15th day of August, 2022.

                                                                                /s/ Mary E. Pilcher
                                                                                Mary E. Pilcher